Case 1:21-cv-00804-ENV-RLM Document 1-5 Filed 02/12/21 Page 1 of 6 PageID #: 47

# Exhibit D

(Immediately Follows This Page)

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2016041801234002001EC11B

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 5 |
|---|---|

**Document ID:** 2016041801234002     **Document Date:** 04-11-2016     **Preparation Date:** 04-18-2016
**Document Type:** ASSIGNMENT, MORTGAGE
**Document Page Count:** 4

| PRESENTER: | RETURN TO: |
|---|---|
| KENSINGTON VANGUARD NATIONAL LAND SERVICES<br>39 W37TH STREET, 3RD FLOOR<br>(826161)<br>NEW YORK, NY 10018<br>212-532-8686 | KRISS 7 FEUERSTEIN LLP<br>360 LEXINGTON AVENUE, 12TH FLOOR<br>NEW YORK, NY 10017<br>ATTN: JEROLD C. FEUERSTEIN, ESQ. |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 9317 | 21 | Entire Lot | 110-19 ATLANTIC AVENUE |

**Property Type:** COMMERCIAL REAL ESTATE

### CROSS REFERENCE DATA

CRFN:   2011000189752

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| BIBI N. AHMAD<br>C/O LAW OFFICES OF PARMANAND RAMDASS, P.C.,<br>97-13 101ST AVENUE<br>OZONE PARK, NY 11416 | MLF3 ATLANTIC LLC<br>14 EAST 38TH STREET, 12TH FLOOR<br>NEW YORK, NY 10016 |

### FEES AND TAXES

| Mortgage : | | | Filing Fee: | | |
|---|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | | |
| Exemption: | | | | $ | 0.00 |
| TAXES:   County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | | |
| City (Additional): | $ | 0.00 | | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | | |
| TASF: | $ | 0.00 | | | |
| MTA: | $ | 0.00 | | | |
| NYCTA: | $ | 0.00 | | | |
| Additional MRT: | $ | 0.00 | | | |
| TOTAL: | $ | 0.00 | | | |
| Recording Fee: | $ | 57.00 | | | |
| Affidavit Fee: | $ | 0.00 | | | |

**RECORDED OR FILED IN THE OFFICE**
**OF THE CITY REGISTER OF THE**
**CITY OF NEW YORK**
Recorded/Filed       06-13-2016 15:31
City Register File No.(CRFN):
                    **2016000199007**

*Jannette M. Hill*

***City Register Official Signature***

828161

# ASSIGNMENT OF SECOND MORTGAGE

From

## BIBI N. AHMAD
("Assignor")

To

## MLF3 ATLANTIC LLC
("Assignee")

Dated: April 11, 2016

**Property Address:**

110-19 Atlantic Avenue
Richmond Hill, New York 11418
Block:      9317
Lot:        21
County:     Queens
State:      New York

### RECORD & RETURN TO:

Kriss & Feuerstein LLP
360 Lexington Avenue, 12th Floor
New York, New York 10017
Attn: Jerold C. Feuerstein, Esq.

## ASSIGNMENT OF SECOND MORTGAGE

This Assignment of **Second Mortgage** is made and entered into as of the 11th day of April, 2016, by and between **BIBI N. AHMAD,** an individual with an address at c/o Law Offices of Parmanand Ramdass, P.C., 97-13 101st Avenue, Ozone Park, New York 11416 ("Assignor") and **MLF3 ATLANTIC LLC** with its place of business at 14 East 38th Street, 12th Floor, New York, New York 10016 ("Assignee").

## WITNESSETH:

That for good and valuable consideration, Assignor does hereby assigns without recourse, representation or warranty, except as otherwise expressly set forth in that certain Mortgage Loan Purchase Agreement, dated as of April 1, 2016, as amended (the "Purchase Agreement") by and between the Assignor as seller, and Assignee as purchaser, to Assignee all of Assignor's right, title, and interest in and to a certain **Second Mortgage** in the original principal amount of **$490,000.00** (the "Mortgage") made by **ATLANTIC 111st LLC,** a New York limited liability company ("Borrower") to EDUL N. AHMAD, as the therein ( "Lender") dated as of the 3rd day of May, 2011, which Mortgage was recorded on May 26, 2011 in the office of the City Register of the City of New York, Queens County as CRFN 2011000189752, as assigned to Assignor in that certain assignment of mortgage May 3, 2011 and recorded in the Officer of the City Register of the City of New York, Queens County at CRFN# 2011000189753, with all of Assignor's right, title, and interest in and to the real property located at 110-19 Atlantic Avenue, Richmond Hill, New York 11418, as more particularly described in **EXHIBIT "A"** hereto.

TOGETHER with the bonds or notes or obligations described in said mortgage, and the monies due and to grow due thereon with the interest;

TO HAVE AND TO HOLD the same unto Assignee and to the successors, legal representatives and assigns of Assignee forever.

The word "assignor" or "assignee" shall be construed as if it read "assignors" or "assignees" whenever the sense of this instrument so requires.

This Assignment shall be governed by, and construed in accordance with, the laws of the State of New York.  This assignment is not subject to the requirement of section 275 of the Real Property Law because it is an assignment within the secondary market.

**[NO FURTHER TEXT ON THIS PAGE]**

**WITNESS**, this Assignment has been duly executed as of the day and year first above written.

**ASSIGNOR:**

By: _____
Bibi N. Ahmad, an individual


STATE OF NEW YORK            )
                            ) ss:
COUNTY OF NEW YORK          )

On the 11th day of April, in the year 2016, before me, the undersigned, a Notary Public in and for said State, personally appeared, BIBI N. AHMAD, sworn to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed this instrument.

_____
Notary Public

MARIA DI TORO
Notary Public, State of New York
No. 01DI6325959
Qualified in New York County
My Commission Expires 06-08-2019

## EXHIBIT A

### Legal Description

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough and County of Queens, City and State of New York, bounded and described as follows:

BEGINNING at the corner formed by the intersection of the westerly side of 111th Street and the northerly side of Atlantic Avenue;

RUNNING THENCE northerly along the westerly side of 111th Street, 124.26 feet;

THENCE westerly at right angles to the westerly side of 111th Street, 100.11 feet;

THENCE southerly at right angles to the last described course, 25.02 feet;

THENCE westerly at right angles to the last described course, 20.02 feet;

THENCE southerly at right angles to the last described course, 98.36 feet to the northerly side of Atlantic Avenue;

THENCE easterly along the northerly side of Atlantic Avenue, 120.13 feet to the corner aforesaid, the point or place of BEGINNING.