# Exhibit F

(Immediately Follows This Page)

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2016041801180001001E0DDD |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | |

**RECORDING AND ENDORSEMENT COVER PAGE**     PAGE 1 OF 5

**Document ID:** 2016041801180001     **Document Date:** 03-03-2011     **Preparation Date:** 04-18-2016
**Document Type:** ASSIGNMENT, MORTGAGE
**Document Page Count:** 4

| PRESENTER: | RETURN TO: |
|---|---|
| KENSINGTON VANGUARD NATIONAL LAND SERVICES<br>39 W37TH STREET, 3RD FLOOR<br>(826161)<br>NEW YORK, NY 10018<br>212-532-8686 | KRISS & FEUERSTEIN LLP<br>360 LEXINGTON AVENUE, 12TH FLOOR<br>NEW YORK, NY 10017<br>ATTN: JEROLD C. FEUERSTEIN, ESQ. |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 9252 | 28 | Entire Lot | 131-09 HILLSIDE AVENUE |

**Property Type:** COMMERCIAL REAL ESTATE

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 9458 | 41 | Entire Lot | 95-25 120TH STREET |

**Property Type:** DWELLING ONLY - 2 FAMILY

### CROSS REFERENCE DATA

**CRFN:** 2011000189754

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| EDUL N. AHMAD<br>105-20 LIBERTY AVENUE<br>RICHMOND HILL, NY 11419 | BIBI N. AHMAD<br>C/O LAW OFFICES OF PARMANAND RAMDASS, P.C.,<br>97-13 101ST AVENUE<br>OZONE PARK, NY 11416 |

### FEES AND TAXES

| Mortgage: | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 59.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed    07-07-2016 09:36
City Register File No.(CRFN): 2016000228896

*City Register Official Signature*

# ASSIGNMENT OF COLLATERAL MORTGAGE

From

### EDUL N. AHMAD
("Assignor")

To

### BIBI N. AHMAD
("Assignee")

Effective as of May 3, 2011

**Property Address:**

131-09 Hillside Avenue and
95-25 120th Street
Richmond Hill, New York 11418
Blocks:      9252 and 9458
Lots:        28 and 41
County:      Queens
State:       New York

**RECORD & RETURN TO:**

Kriss & Feuerstein LLP
360 Lexington Avenue, 12th Floor
New York, New York 10017
Attn: Jerold C. Feuerstein, Esq.

## ASSIGNMENT OF COLLATERAL MORTGAGE

This Assignment of **COLLATRAL MORTGAGE** is made effective as of the 3rd day of May, 2011, by and between, **EDUL N. AHMAD,** an individual with an address at 105-20 Liberty Avenue, Richmond Hill, NY 11419 ("Assignor") and **BIBI N. AHMAD,** an individual with an address at c/o Law Offices of Parmanand Ramdass, P.C., 97-13 101st Avenue, Ozone Park, New York 11416 ("Assignee").

### WITNESSETH:

That for good and valuable consideration, Assignor does hereby assigns without recourse, representation or warranty, all of Assignor's right, title, and interest in and to a certain Collateral Mortgage in the original principal amount of **$490,000.00** (the "Mortgage") made by Jarnail Singh, Stya Kaur & BMSL Management LLC collectively therein as the ("Mortgagor") to Assignor, as the mortgagee therein ( "Mortgagee") dated as of the 3rd day of May, 2011, which Mortgage was recorded on May 26, 2011 in the office of the City Register of the City of New York, Queens County as CRFN 2011000189754, with all of Assignor's right, title, and interest in and to the real property located at 131-09 Hillside Avenue and 95-25 120th Street, Richmond Hill, New York, as more particularly described in **EXHIBIT "A"** hereto.

TOGETHER with the bonds or notes or obligations described in said mortgage, and the monies due and to grow due thereon with the interest;

TO HAVE AND TO HOLD the same unto Assignee and to the successors, legal representatives and assigns of Assignee forever.

The word "assignor" or "assignee" shall be construed as if it read "assignors" or "assignees" whenever the sense of this instrument so requires.

This Assignment shall be governed by, and construed in accordance with, the laws of the State of New York. This assignment is not subject to the requirement of section 275 of the Real Property Law because it is an assignment within the secondary market.

**[NO FURTHER TEXT ON THIS PAGE]**

**WITNESS**, this Assignment has been duly executed as of the day and year first above written.

ASSIGNOR:

By: _____
Edul N. Ahmad, an individual

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss: |
| COUNTY OF NEW YORK | ) |

On the 11th day of April, in the year 2016, before me, the undersigned, a Notary Public in and for said State, personally appeared, EDUL N. AHMAD, sworn to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed this instrument.

_____
Notary Public

SAMUEL TIANJA
Notary Public, State of New York
No. 02SA6300451
Qualified in Nassau County
Commission Expires 03/31/2018

# EXHIBIT A

## Legal Description

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough and County of Queens, City and State of New York, bounded and described as follows:

BEGINNING at the corner formed by the intersection of the northerly side of Hillside Avenue and the easterly side of 131st Street;

RUNNING THENCE in a northerly direction along the easterly side of 131st Street, 104.94 feet to a point;

THENCE at an angle of 90 degrees in an easterly direction, 100.08 feet to a point;

THENCE parallel with the easterly side of 131st Street, 110.82 feet to the northerly side of Hillside Avenue;

THENCE in a westerly direction along the northerly side of Hillside Avenue, 100.26 feet to the point or place of BEGINNING.

Premises being: 131-09 Hillside Ave, Richmond Hill, NY
Sec:      Block: 9252    Lot: 28

---

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Fourth Ward of the Borough and County of Queens, City and State of New York, bounded and described as follows:

BEGINNING at a point on the easterly side of 120th Street (formerly Beach Street), distant 128 feet northerly from the corner formed by the intersection of the easterly side of 120th Street with the northerly side of 97th Avenue (formerly Beaufort Street);

RUNNING THENCE easterly parallel with the northerly side of 97th Avenue, 115 feet;

THENCE northerly parallel with the easterly side of 120th Street, 72 feet;

THENCE westerly again parallel with the northerly side of 97th Avenue, 115 feet to the easterly side of 120th Street;

THENCE southerly along the easterly side of 120th Street, 72 feet to the point or place of BEGINNING.

SAID PREMISES BEING KNOWN AS 95-25 120th STREET, RICHMOND HILLS, NY 11419