# Exhibit K

(Immediately Follows This Page)

```
COMPANY NAME: ( BMSL MANAG )
COUNTY: ( QUEENS )

Run Date:  To: 05/12/2016
******************************************************************

JUDGMENTS -

Queens County from ( 01/90 to 05/11/16 )

Search Parameters- CORP:BMSL MANAG

All Types Of Liens
******************************************************************

PVB - (Parking Violations Bureau - Ending Date 04/26/16)

Search Parameters- CORP:BMSL MANAG

END RETURNS
******************************************************************

(Environmental Control Board (Fire and Building) - Ending Date 04/30/16)

Search Parameters- CORP:BMSL MANAG

BMSL MANAGEMENT LLC
131-09 HILLSIDW              AVE
QUEENS, NY 11418
ECB Violation No.: 11348925X       Date-03/14

Amt: $5,000.00
------------------------------------------------------------------
BMSL MANAGEMENT LLC.
131-09 HILLSIDE AVENUE
 11418
ECB Violation No.: 11297362Y       Date-12/12

Amt: $500.00
------------------------------------------------------------------
END RETURNS
******************************************************************

Federal Tax Liens from ( 01/94 - 05/11/16 )

Manhattan, Bronx, Queens, Kings County
Search Parameters- CORP:BMSL MANAG

END RETURNS
******************************************************************
```