Case 1:21-cv-00804-ENV-RLM   Document 1-13   Filed 02/12/21   Page 1 of 3 PageID #: 98

# Exhibit L

(Immediately Follows This Page)

Judgment Docket & Lien Information

RedVision - 595 Stewart Avenue, Suite L-30, Garden City, NY 11530 - 516-683-0600

# Judgment Docket & Lien Information:

Judgment Docket - Control Number 002027814 - 01

For 111 in QUEENS COUNTY

**Docketing Data**

| | |
|---|---|
| Docketing Date | 11/23/2015 |
| Docketing Time | 10:00 |
| Effective Date | 11/15/2015 |
| Effective Time | 11:59 |
| Clerk / Seq # | WRNTTAPE 075 |

**Source Document**

| | |
|---|---|
| Type | CT - NY CITY TAX WARRANT |
| County | 41 - QUEENS |
| Court | |
| Total Debtors | 01 |
| Index # | S000001502 |

**Debtor / Corporation**

| | | | |
|---|---|---|---|
| Name | 111ST MANAGEMENT CORPORATION | Type | C |
| Address | 110-19 ATLANTIC AVENUE | | |
| City | SOUTH RICHMOND HI NY | Zip Code | 11419 |
| Occupation | | | |

**Creditor**

| | | | |
|---|---|---|---|
| Name | NYC DEPARTMENT OF FINANCE | Type | C |
| Address | 59 MAIDEN LANE | | |
| City | NEW YORK NY | Zip Code | 10038 |

**Creditor Attorney**

| | | | |
|---|---|---|---|
| Name | NYC, DIRECTOR OF | Type | |
| Address | 59 MAIDEN LANE 28 FL | | |
| City | NEW YORK NY | Zip Code | 10038 |

**Satisfaction Date**

| | |
|---|---|
| Type | Sheriff's Execution |
| Date | Operator ID |

Amount - $28.21

Download Date: 11/24/2015

## Remarks

| Date | Remarks |
|---|---|
| 11/23/2015 | WARRANT # S0000016024465 |

Judgment Docket & Lien Information

## Judgment Docket - Control Number 002049206 - 01

### For 111 in QUEENS COUNTY

**Docketing Data**

| | |
|---|---|
| Docketing Date | 2/29/2016 |
| Docketing Time | 12:00 |
| Effective Date | 2/5/2016 |
| Effective Time | 12:00 |
| Clerk / Seq # | WRNTTAPE 125 |

**Source Document**

| | |
|---|---|
| Type | CT - NY CITY TAX WARRANT |
| County | 41 - QUEENS |
| Court | |
| Total Debtors | 01 |
| Index # | 0000000017 |

**Debtor / Corporation**

| | | | |
|---|---|---|---|
| Name | 111ST MANAGEMENT CORPORATION Type | | C |
| Address | 11019 ATLANTIC AVE | | |
| City | RICHMOND HILL NY | Zip Code | 11418 3044 |
| Occupation | | | |

**Creditor**

| | | | |
|---|---|---|---|
| Name | NYC DEPARTMENT OF FINANCE Type | | C |
| Address | 59 MAIDEN LANE | | |
| City | NEW YORK NY | Zip Code | 10038 |

**Creditor Attorney**

| | | | |
|---|---|---|---|
| Name | NYC, DIRECTOR OF Type | | 1 |
| Address | 59 MAIDEN LANE 28 FL. | | |
| City | NEW YORK NY | Zip Code | 10038 |

**Satisfation Date**

| | |
|---|---|
| Type | Sheriff's Execution |
| Date | Operator ID |

Amount - $28.44

Download Date: 2/26/2016

### Remarks

| Date | Remarks |
|---|---|
| 2/29/2016 | WARRANT # 00000000179619 |