# Exhibit M

(Immediately Follows This Page)

Judgment Docket & Lien Information

Page 2 of 4

### Judgment Docket - Control Number 002037838 - 01

### For 111 in QUEENS COUNTY

**Docketing Data**
- Docketing Date: 1/5/2016
- Docketing Time: 10:00
- Effective Date: 1/2/2016
- Effective Time: 10:00
- Clerk / Seq #: NYSTAX 595

**Source Document**
- Type: ST - NY STATE TAX WARRANT
- County: 41 - QUEENS
- Court:
- Total Debtors: 01
- Index #: E043488001

**Debtor / Corporation**
- Name: 111ST MANAGEMENT CORPORATION    Type: C
- Address: 11019 ATLANTIC AVE
- City: RICHMOND HILL NY    Zip Code: 11418-3044
- Occupation:

**Creditor**
- Name: NY STATE DEPT OF TAXATION AND FINANCE    Type: C
- Address:
- City:    Zip Code:

**Creditor Attorney**
- Name:    Type:
- Address:
- City:    Zip Code:

**Satisfaction Data**
- Type:    Sheriff's Execution
- Date:    Operator ID:

Amount - $103.28

Download Date: 1/4/2016

Remarks

No Remarks