# Exhibit O

(Immediately Follows This Page)

Judgment Docket & Lien Information                                                                                                Page 1 of 1

RedVision - 585 Stewart Avenue, Suite L-50, Garden City, NY 11530 - 516-663-0600

# Judgment Docket & Lien Information:

Judgment Docket - Control Number 001799721 - 01

For ATLANTIC 111 in QUEENS COUNTY

| Docketing Data | | Source Document | |
|---|---|---|---|
| Docketing Date | 6/17/2013 | Type | TJ - TRANSCRIPT OF JUDGMENT |
| Docketing Time | 02:07 | County | 41 - QUEENS |
| Effective Date | 4/11/2013 | Court | C - CIVIL COURT |
| Effective Time | 14:47 | Total Debtors | 03 |
| Clerk / Seq # | NISAAC 034 | Index # | 028969-12 |

| Debtor / Corporation | | | | Creditor | | | |
|---|---|---|---|---|---|---|---|
| Name | ATLANTIC 111ST LLC | Type | C | Name | PAY-O-MATIC CHECK CASHING CORPORATION | Type | C |
| Address | 110-17 ATLANTIC AVE | | | Address | 160 OAK DRIVE | | |
| City | RICHMOND HILL NY | Zip Code | 11418 | City | SYOSSET NY | Zip Code | 11791 |
| Occupation | | | | | | | |

| Creditor Attorney | | | | Satisfaction Data | | | |
|---|---|---|---|---|---|---|---|
| Name | ANES, LEVENTHAL & SNYDER, PLLC | Type | C | Type | | Sheriff's Execution | |
| Address | 266 SMITHTOWN BLVD | | | Date | | Operator ID | |
| City | NESCONSET NY | Zip Code | 11767 | | | | |

Amount - $4,143.23                                                                                                    Download Date: 6/17/2013

## Remarks

| Date | Remarks |
|---|---|
| 6/17/2013 | INDEX #CV-028969-12/QU |
| 6/17/2013 | DEBTORS: 1) ATLANTIC 111ST LLC 2) ROBERT T LETO D/B/A |
| 6/17/2013 | RNR SYSTEMS INTEGRATORS |