# Exhibit Q

(Immediately Follows This Page)

4550/2014 LIS PENDENS B 9317 L 21

Page 1 of 3

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
---------------------------------X
HARBANS SINGH,

                     Plaintiff,

    -against-

ATLANTIC 111ST LLC,

                   Defendant.
---------------------------------X

**NOTICE OF PENDENCY**
Index No. 4550/14

**NOTICE IS HEREBY GIVEN** that an action is now pending in this Court upon the complaint of the Plaintiff against the Defendant to set declare Plaintiff the 50% owner of the real property located at 110-19 Atlantic Avenue a/k/a 91-72 111th Street, in Richmond Hill, Queens, being Block 9317 Lot 21.

The property affected by this action is situate entirely within the County of Queens, is known as Block 9317 Lot 21, being known as 110-19 Atlantic Avenue a/k/a 91-72 111th Street, and is bounded and described as set forth on Schedule A annexed hereto.

TO THE CLERK OF THE COUNTY OF QUEENS

You are hereby directed to index the within notice to the names of each of the following parties:

ATLANTIC 111ST LLC

The number of each block on the Tax Map of the County which is affected hereby is as follows:

Block 9317 Lot 21

Dated: Great Neck, New York
March 20, 2014



Simon H. Rothkrug
ROTHKRUG ROTHKRUG & SPECTOR, LLP
Attorneys for Plaintiff
55 Watermill Lane, Suite 200
Great Neck, New York 11021
(516) 487-2252

1

## Schedule A Description

Title Number 615-874Q

Page 1

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough and County of Queens, City and State of New York, bounded and described as follows:

BEGINNING at the corner formed by the intersection of the westerly side of 111th Street and the northerly side of Atlantic Avenue;

RUNNING THENCE northerly along the westerly side of 111th Street, 124.26 feet;

THENCE westerly at right angles to the westerly side of 111th Street, 100.11 feet;

THENCE southerly at right angles to the last described course, 25.02 feet;

THENCE westerly at right angles to the last described course, 20.02 feet;

THENCE southerly at right angles to the last described course, 98.36 feet to the northerly side of Atlantic Avenue;

THENCE easterly along the northerly side of Atlantic Avenue, 120.13 feet to the corner aforesaid, the point or place of BEGINNING.

Index Number:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
----------------------------------------X
HARBANS SINGH,

                     Plaintiff,
     -against-

ATLANTIC 111ST LLC,

                    Defendant.
----------------------------------------X

## NOTICE OF PENDENCY

The below signature attests to the preceding papers:

By: _____
    Simon H. Rothkrug

**ROTHKRUG ROTHKRUG & SPECTOR, LLP**
Attorneys for PLAINTIFF
55 Watermill Lane, Suite 200
Great Neck, New York 11021
(516) 487-2252
(516) 487-2439 (fax)