# Exhibit R

(Immediately Follows This Page)

```
------------------------------------------------------------------------
                                          Control No. 001608513-01
Book Type -- Judgments Docket             Index # 105247-10
Judgment Type: TRANSCRIPT OF JUDGMENT     Effective Date: 06/17/2011
Court: Civil Court                        Expiration Date: 09/15/2031
                                          Docket Date:09/15/2011
                                          Date Received:09/16/2011

Debtor Info:
KAUR, SATYA
10738  INWOOD ST
JAMAICA NY             11435-

Creditor Info:
CONSOLIDATED EDISON COMPANY OF NEW YORK
4      IRVING PLACE 9FL
NEW YORK NY            10003-

Attorney:
JOEL N. MELNICOFF
120    E WASHINGTON ST STE 622
SYRACUSE NY            13202-

Amount: $2,624.99

COM:09/15/2011-INDEX NUMBER:CV-105247-10/QU
    CREDITOR:CONSOLIDATED EDISON COMPANY OF NEW YORK INC
------------------------------------------------------------------------
END RETURNS
****************************************************************
```