Case 1:21-cv-00804-ENV-RLM Document 1-20 Filed 02/12/21 Page 1 of 6 PageID #: 117

# Exhibit S

(Immediately Follows This Page)

8788/2013 LIS PENDENS B 9252 L 28

ORIG

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-------------------------------------------------------X

LUCKYS REAL ESTATE, LLC,

Index No. 8788-2013

**NOTICE OF PENDENCY**

Plaintiff,

Block: 9252
-against-                                      Lot:    28

BMSL MANAGEMENT, LLC, et.al,

Premises Address:
131-09 Hillside Ave
Defendants.                                    Jamaica, NY 11418

-------------------------------------------------------X

TO THE CITY REGISTER OF THE COUNTY OF QUEENS:

You are hereby directed to Index the Notice of Pendency against the following named
Defendants: BMSL Management, LLC, Jarnail Singh, Satya Kaur, Bolan Ventures, City of New York,
Bank of New York Mellon, Edul N. Ahmad, New York City Environmental Control Board, New York
City Parking Violations Bureau, New York City Transit Adjudication Bureau. Same shall be recorded
and Indexed against the Real Property addressed and known as:

**131-09 Hillside Ave, Jamaica, New York 11418, Block 9252, Lot 28**

Dated: New York, New York

May 24, 2013

Maclyn & Cowhey, P.C.
Attorney for Plaintiff
305 Broadway, 14th Floor
New York, New York 10007
(212) 323-7454

Queens County Clerk's Office
Paym 2047159 07/05/2013 10:14a
Tr. 2467199                      $35.00
Notice of pendency
8788/2013 LUCKYS REAL ESTATE GRO
Total:                           $35.00
Check                            $35.00

8788/2013 LIS PENDENS B 9252  L 28

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF QUEENS**
------------------------------------------------------------X

LUCKY'S REAL ESTATE GROUP, LLC,

Index No. 8788-2013

                Plaintiff,

**NOTICE OF PENDENCY**

    -against-

Block: 9252
Lot:   28

BMSL MANAGEMENT, LLC, et.al.,

Premises Address:
131-09 Hillside Ave
Jamaica NY 11418

               **Defendants.**
------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that an action has been commenced and is now pending in this Court, upon the complaint of the Plaintiff against the Defendants, for the foreclosure of a mortgage against real property addressed as 131-09 Hillside Ave, Jamaica, New York made by Defendants and recorded in the Office of the City Register for the County of Queens on or about May 13, 2008 at CRFN 2008051300280004001.

    The real property affected is situated entirely within the County of Queens, is contained in Block 9252, Lot 28, on the Land and Tax Map of Queens County, and is more particularly described in the annexed Exhibit "A".  The premises being known as 131-09 Hillside Ave, Jamaica, New York 11418.

    There is immediate likelihood and danger that Defendants will convey or encumber the aforementioned real property prior to the determination of this action, thus possibly irrevocably depriving the Plaintiff of the real property and thus Plaintiff seeks to set aside this fraudulent conveyance and this Notice of Pendency is filed.

8788/2013 LIS PENDENS B 9252 L 28

The Clerk of the County of Queens is directed to index this Notice against the Premises addressed and known as 131-09 Hillside Ave, Jamaica, New York 11418, Block 9252, Lot 28 and Defendants BMSL Management LLC.

Dated: New York, New York
    May 21, 2013

Macron & Cowhey, P.C.
Attorney for Plaintiff
305 Broadway, 14th Floor
New York, NY 10007
(212) 323-7454

**EXHIBIT A**

8788/2013 LIS PENDENS B 9252  L 28

## Schedule A Description

Title Number 615-042Q

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough and County of Queens, City and State of New York, bounded and described as follows:

BEGINNING at the corner formed by the intersection of the northerly side of Hillside Avenue and the easterly side of 131st Street;

RUNNING THENCE in a northerly direction along the easterly side of 131st Street, 104.94 feet to a point;

THENCE at an angle of 90 degrees in an easterly direction, 100.08 feet to a point;

THENCE parallel with the easterly side of 131st Street, 110.82 feet to the northerly side of Hillside Avenue;

THENCE in a westerly direction along the northerly side of Hillside Avenue, 100.26 feet to the point or place of BEGINNING.

Premises is a commercial real estate.