# Exhibit T

(Immediately Follows This Page)

```
PVB - (Parking Violations Bureau - Ending Date 07/26/16)

Search Parameters- Last:KAUR     First:SAT

KAUR SATYA
9525 120TH ST
RICHMOND HILL  NY 11419
No. of Judgments - 1        Plate No.-GRU3425

Amt: $125.00        Interest: $.50
-------------------------------------------------------------
END RETURNS
***************************************************************
```