SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
------------------------------------------------------------------------x

MLF3 ATLANTIC LLC,

                              Plaintiff,

   -against-

ATLANTIC 111ST LLC, JARNAIL SINGH, SATYA KAUR, BMSL MANAGEMENT LLC, 111ST MANAGEMENT CORPORATION, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD, NEW YORK CITY DEPARTMENT OF FINANCE, NEW YORK STTE DEPARTMENT OF TAXATION AND FINANCE, CRIMINAL COURT OF THE CITY OF NEW YORK, PAY-O-MATIC CHECK CASHING CORPORATION, EDUL N. AHMAD, HARBANS SINGH, CONSOLIDATED EDISON COMPANY OF NEW YORK, LUCKY'S REAL ESTATE, LLC A/K/A LUCKY'S REAL ESTATE GROUP LLC, NEW YORK CITY PARKING VIOLATIONS BUREAU, HILLRICH HOLDING CORP., and "JOHN DOE #1 through JOHN DOE #12", the last twelve names being fictitious and unknown to Plaintiff, the persons or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest upon the premises described in the Complaint,

                              Defendants.

------------------------------------------------------------------x

Index No.: 710813/2016

**NOTICE OF REMOVAL**

    **TO:**    **THE CLERK OF THE SUPREME COURT**:

    **PLEASE TAKE NOTICE** that the within matter has been removed on February 12, 2021, to the United States District Court for the Eastern District of New York based upon the Notice of Removal (the "**Notice**") annexed hereto as Exhibit 1. Upon filing the Notice, Plaintiff MLF3 Atlantic LLC has effected removal pursuant to 28 U.S.C. §§ 1441, 1446 and

574474-1

1452.

Dated: February 12, 2021
      New York, New York

                                      Respectfully submitted,
                                      KATSKY KORINS LLP,

                                      By:<u>/s/ Steven H. Newman</u>
                                          Steven H. Newman, Esq.
                                          Robert A. Abrams, Esq.
                                      605 Third Avenue
                                      New York, New York 10158
                                      (212) 953-6000
                                      snewman@katskykorins.com
                                      rabrams@katskykorins.com
                                      *Attorneys for MLF3 Atlantic LLC*

TO:

Kenneth P. Silverman, Trustee
Brian Powers, Esq.
Silverman Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11735

Thomas Torto, Esq.
419 Park Avenue South, Suite 406
New York, New York 10016

Biolsi Law Group P.C.
111 Broadway, Suite 606
New York, New York 10006

574474-1